# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| STREAMSCALE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 6:23-cv-576 |
| ) | |
| CLOUDERA, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION TO STAY PENDING APPEAL FROM CASE NO. 6:21-CV-00198

Plaintiff StreamScale, Inc. and Defendant Cloudera, Inc. jointly move to stay all proceedings in the above-captioned case pending the conclusion of the anticipated appeal to be filed by Cloudera from the jury verdict and final judgment in Case No. 6:21-cv-00198-ADA.

Having reviewed and considered the motion, the Court finds that the motion should be **GRANTED**. Accordingly, it is therefore, **ORDERED** that the present case (No. 6:23-cv-576) shall be stayed pending the anticipated appeal in Case No. 6:21-cv-00198-ADA. The Parties shall jointly notify the Court within 7 days of the conclusion of that anticipated appeal.

**IT IS SO ORDERED.**

**SIGNED** this 2nd day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE